**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON ANTHONY VRH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROSEMARY NDOH, Warden, ) <br> ) <br> Respondent. ) <br> ) <br> ) | Case No.: 1:20-cv-00581-NONE-JLT (HC) <br><br> ORDER DIRECTING CLERK OF COURT TO SERVE MOTION FOR STAY ON RESPONDENT <br><br> ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION <br><br> [THIRTY DAY DEADLINE] |

On August 31, 2020, Petitioner filed a second amended petition for writ of habeas corpus in this Court, challenging his 2015 conviction in Stanislaus County Superior Court. (Doc. 14.) On August 31, 2020, Petitioner also filed a motion for stay and abeyance. (Doc. 15.) One of the two claims presented in the petition is unexhausted. (See id.) Accordingly, the Court **ORDERS**:

1) The Clerk of Court is DIRECTED to serve the motion for stay (Doc. 15) on Respondent;
2) Respondent is DIRECTED to file an opposition or statement of non-opposition to the motion within thirty days of the date of service of this order;
3) If Respondent files an opposition, Petitioner is GRANTED thirty days to file a reply.

IT IS SO ORDERED.

Dated: **September 2, 2020**           **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE