IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON ANTHONY VRH,**<br><br>                                              Petitioner,<br><br>       v.<br><br>**ROSEMARY NDOH, Warden,**<br><br>                                              Respondent. | Case No. 1:20-cv-00581-JLT-BAK (SKO)<br><br>[PROPOSED] ORDER<br><br>(Doc. 46) |

   Respondent has moved for a 60-day enlargement of time within which to file a reply to Petitioner's opposition to Respondent's motion to dismiss and to continue the August 17, 2022 hearing to September 20, 2022.  (Doc. 46).

   GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted.  The reply to Petitioner's opposition to Respondent's motion to dismiss shall be filed on or before August 20, 2022.  In filing the motion to dismiss, the parties noted that "[b]oth parties are willing to submit the matter on the briefing without a hearing." (Doc. 39 at 1, n.1).  Accordingly, the hearing on Respondent's motion to dismiss is VACATED.

IT IS SO ORDERED.

Dated:   **June 23, 2022**                         /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE